## JOSEPH, ADM'R V. THE LEGATEES OF JOSEPH.

1. No execution can issue on a decree of the County Court, rendered in favor of " the legatees of Philip Joseph," nor can a writ of error be prosecuted against them by that appellation, it not appearing in the record who the legatees of Philip Joseph are.

ERROR to the County Court of Mobile.

In this case administration was granted to the plaintiff in error by the County Court of Mobile, on the estate of Philip Joseph, with the will annexed, and having applied to the court for a final settlement, a decree was rendered against him for ninety-seven dollars twelve cents, " to be divided as directed by the last will and testament of the deceased, to the legatees therein named." At a subsequent term execution was directed to issue for the amount of the decree.

GIBBONS, for plaintiff in error.

ORMOND, J.—" The legatees of Philip Joseph," against whom, by that appellation, this writ of error is prosecuted, are not parties to this proceeding in the court below. It is true a decree is rendered in their favor, in those terms, but who they are, no where appears in the record. The statute requires the county court to render separate judgments in favor of each distributee or legatee, but the rendition of such a decree pre-supposes that they are parties to the proceeding propounding an interest, or at least that their interest should be made known to the county court, and until such separate judgments are rendered, no execution can issue.

It results from what has been stated, that the " legatees of Philip Joseph" are not parties to this record, and the writ of error sued out against them must be dismissed.